IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE:<br>LARRY A. BAREFIELD<br>xxx-xx-1029<br>RT. 4, BOX 648<br>JASPER, TX 75951<br><br>SAMMYE D. BAREFIELD<br>xxx-xx-7573<br><br>DEBTORS | § § § § § § § § § § § § | CASE NO. 10-10286<br><br>CHAPTER 13 |

MOTION TO MODIFY CHAPTER 13
PLAN AFTER CONFIRMATION

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-EIGHT (28) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

The Debtors, by their attorney, represent as follows:

I.

1. That since confirmation of their Chapter 13 Plan, the Chapter 13 Trustee has filed his TRCC report. This modification is proposing to comply with the Trustee's TRCC report. The modification seeks to match the proof of claim filed by the Internal Revenue Service.

2. Thus, the Debtors propose this modification to pay $3,859.38 per month for 8 months then $5,210.00 per month for 52 months in order to fully fund their Chapter 13 Plan.

3. That the modification proposed by the Debtors will not modify the rights of the holder of any claims being dealt with under the plan, except reduce the unsecured creditors.

II.

Debtors propose the Post-Confirmation Chapter 13 Plan attached hereto as Exhibit "A".

BARRON & BARRON, L.L.P.
P.O 1347
Nederland, Texas 77627


Phone: (409) 727-0073
Bar Number: 01820800

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE: **Larry A. Barefield** § | CASE NO | **10-10286** |
| xxx-xx-1029 § | | |
| **Sammye D. Barefield** § | CHAPTER | **13** |
| xxx-xx-7573 § | | |
| *Debtor(s)* § | | |

### *POST-CONFIRMATION*
### MODIFIED CHAPTER 13 PLAN

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE OF SAID COURT:

COME NOW, Larry A. Barefield and Sammye D. Barefield, Debtors herein, and propose the following plan under Chapter 13 of the Bankruptcy Code:

1. The debts of DEBTOR(S) duly proved and allowed shall be paid to the holder thereof in accordance with the provisions of Chapter 13 of the Bankruptcy Code and this Plan.

2. The future earnings of DEBTOR(S) are submitted to the supervision and control of this Court, and DEBTOR(S) shall pay to the TRUSTEE a VARIABLE amount each month. Please refer to EXHIBIT "B" for a VARIABLE payment schedule. Payments shall commence on __June 4, 2010__ and shall continue at the intervals and in the amounts indicated on EXHIBIT "B".

3. From the payments received, the TRUSTEE will make disbursements in the following order:

    **(a). Administrative Expenses:** The TRUSTEE shall FIRST pay the expenses as prescribed by the Court, for administration of this plan.

| Name of Creditor | Type | Amount | Interest Rate | Monthly Payment | Term | Total Paid |
|---|---|---|---|---|---|---|
| Barron & Barron, L.L.P. | Attorney Fees | $2,500.00 | 0% | First Funds | | $2,500.00 |

   **(b). Priority Claims:** All Claims entitled to priority under Section 507 of the Bankruptcy Code will be paid as follows:

| Name of Creditor | Claim Amount | Amount Entitled To Priority | Interest Rate | Monthly Payment | Term | Total Paid |
|---|---|---|---|---|---|---|
| IRS | $122,685.61 | $122,685.61 | 0% | $2,044.76 Avg. | 1-60 | $122,685.61 |
| Texas Workforce Commission | $413.15 | $413.15 | 0% | $1.59 | 1-60 | $413.15 |

   **(c). Secured Claims:** Secured creditors, whose claims are duly and timely filed, approved and allowed will be treated as follows:

   **(1).** Pursuant to 11 U.S.C. § 1325(a)(5)(B)(i) the holder of any allowed secured claim shall retain its lien securing the underlying debt until the earlier of the payment of the underlying debt as determined under nonbankruptcy law or the debtor(s) obtain a discharge under Section 1328 of the Bankruptcy Code.

   **(2). Payment of Secured Claims:** Secured creditors, whose claims are duly and timely filed, approved and allowed, will be paid as follows:

| Name of Creditor Collateral | Amount Claimed Value of Collat. | Principal Amt to Be Paid | Interest Rate | Monthly Payment | Term | Estimated Total Paid |
|---|---|---|---|---|---|---|
| Daimler Chrysler 2006 Dodge Ram (VIN 3337) | $8,432.00 $7,886.46 | $7,886.46 | 4.75% | $157.53 Avg. | 1-56 | $8,821.86 |
| Daimler Chrysler 2006 Dodge Ram 1500 (VIN 5415) | $5,890.49 $7,675.00 | $5,890.49 | 4.75% | $123.58 Avg. | 1-53 | $6,549.48 |

*\* Variable payments are scheduled, please see Pro Forma, if attached.*
Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300.

| | | | | | | |
|---|---|---|---|---|---|---|
| Daimler Chrysler | $4,320.17 | $4,320.17 | 4.75% | $86.28 Avg. | 1-56 | $4,831.67 |
| 2006 Dodge Ram (VIN 6982) | $8,775.00 | | | | | |
| Daimler Chrysler | $10,291.51 | $10,291.51 | 4.75% | $202.51 Avg. | 1-57 | $11,543.29 |
| 2006 Dodge Ram | $10,291.51 | | | | | |
| Education First FCU | $43,327.00 | $39,925.00 | 4.75% | $825.06 Avg. | 1-54 | $44,553.15 |
| 2007 Cadillac Escalade | $39,925.00 | | | | | |
| First Bank and Trust East Texa | $23,878.00 | $22,055.00 | 4.75% | $455.77 Avg. | 1-54 | $24,611.67 |
| 2008 Chevy Colorado and 2008 Chevy Colorado | $22,055.00 | | | | | |
| Kubota Credit | $9,011.76 | $9,011.76 | 4.75% | $203.17 Avg. | 1-49 | $9,955.55 |
| 2007 Kubota Tractor M740 with frontloader | $13,000.00 | | | | | |
| Sheffield Finance | $11,997.80 | $11,997.80 | 4.75% | $247.66 Avg. | 1-54 | $13,373.83 |
| 2010 Kawasaki Trex | $10,000.00 | | | | | |
| Wells Fargo Auto Finance | $19,179.45 | $19,179.45 | 4.75% | $389.47 Avg. | 1-55 | $21,420.64 |
| 2007 Chevy 2500 HD | $30,765.00 | | | | | |

**(3). Void Lien:** The secured creditors listed below hold a non-purchase money, non-possessory security interest on Debtor(s) exempt property. Their lien will be voided pursuant to 11 U.S.C. § 522(f) and their claim treated as unsecured and paid pursuant to paragraph (e) below:

| Name of Creditor | Collateral Description | Amount of Claim |
|---|---|---|
| | | |

**(d). Special Class:** The following specially classified claims shall be paid as follows:

| Name of Creditor | Claim Amount | Principal Amt. To Be Paid | Interest Rate | Monthly Payment | Term | Total Paid |
|---|---|---|---|---|---|---|
| | | | | | | |

**(e). Unsecured Claims:** Unsecured claims will be paid pro rata by the TRUSTEE after payment of the aforementioned categories, to creditors who have duly and timely filed and proved their claim, with the same having been allowed by the Court, with such payments or dividends to be paid in lieu of the debt and in satisfaction of the debts of such creditors.

**(f).** No interest, penalty or additional charge shall be allowed on any account subsequent to the filing of the petition herein, except that interest shall be allowed on claims to fully secured creditors in accordance with 11 U.S.C. § 506(b).

**4.** DEBTOR(S) shall pay direct the following debts outside the Plan:

| Name of Creditor | Collateral Description | Monthly Amount | Balance |
|---|---|---|---|
| Chase Home Finance | 20 acres @ 279 CR 314, Jasper, TX, 75951 | | $52,944.00 |
| Daimler Chrysler | 2006 Dodge 1500 | | $3,575.00 |
| First Bank and Trust East Texas | 19 acres @ 279 CR 314, Jasper, TX, 75951 | | $30,000.00 |
| HSBC Retail Services | 2008 Kawasaki T-Rex | | $8,095.00 |

**5.** The following secured claims are not dealt with in the DEBTOR(S)' plan, therefore, upon confirmation of the DEBTOR(S)' Chapter 13 Plan, the automatic stay provisions of 11 U.S.C. § 362 will be terminated and annulled with respect to each of the following claims:

| Name of Creditor | Collateral Description | Claim | Value | Deficiency |
|---|---|---|---|---|
| | | | | |

The automatic stay provisions of 11 U.S.C. Sec. 362 remain in effect as to DEBTOR(S).
The remaining portion of the debt (deficiency), if any, shall be treated as any other general unsecured claim under this plan.

**6.** All executory contracts of the DEBTOR(S) will be assumed unless specifically rejected herein. The following executory contracts and/or leases are ASSUMED or REJECTED as indicated below:

| Name of Creditor | Contract is Assumed/Rejected |
|---|---|
| | |

**7.** Upon confirmation of this plan, title of the property of the estate shall vest in DEBTOR(S).

**8.** The Court may, from time to time, during the period of the plan, extend, increase or reduce the amount of any of the installments provided for by the plan, or extend or shorten the time for any such payments where it shall be made to appear, after such hearing, upon such notice as the Court may designate, that the circumstances of DEBTOR(S) so warrant or so require; provided, however, that nothing in this plan shall be construed to prevent the granting of a discharge of DEBTOR(S) as provided in 11 U.S.C. § 1328.

*\* Variable payments are scheduled, please see Pro Forma, if attached.*

9. **Post-Confirmation Cure or Waiver of Default:**
   Any default of the DEBTOR'S post-confirmation plan payments may only be WAIVED by compliance with the provisions of 11 U.S.C. § 1329. Any default of post-confirmation plan payments may only be CURED by permission of the Standing Chapter 13 Trustee and compliance with such conditions as the TRUSTEE may impose.

10. **Post-Petition Claims:**
    The DEBTOR(S) will not incur any post-petition consumer debt except after notice to creditors and approval by the Court or the Standing Chapter 13 Trustee. Post-petition claims will be allowed only as specified in 11 U.S.C. § 1305.

11. The Attorneys for DEBTOR(S) will be automatically relieved and released as attorneys of record for DEBTOR(S) upon approval of the plan.

## Additional Provisions of the Plan

**Trustee's Recommendation Concerning Claims deadline**

Notwithstanding any provision herein to the contrary, the deadline for the Trustee to file the Trustee's Recommendation Concerning Claims, as well as the deadline for filing objections to the Trustee's Recommendation Concerning Claims and objections to claims shall be governed by Local Bankruptcy Rule 3015(g).

**Tax Refunds-Ned**

All future tax refunds which Debtor(s) receive during the term of the plan, starting with the tax refund, if any, to be received for the tax year 2009 shall be turned over to the Trustee within ten (10) days of receipt of such, to the extend said refund exceeds $ 0.00, and shall be added to the plan base. Whether or not a tax refund is due, debtor shall provide a copy of their tax return to the trustee within ten (10) days of filing such during the term of the plan.

**Attorney Fees Language--NED**

Attorney Fees are to be held in escrow by the Chapter 13 Trustee pending approval of fee application by the Court. If the Fee Application is not filed within thirty (30) days of the approval of the Trustee's TRCC or the first modification order whichever comes later, attorney fees will be reduced to a total of $3,500.00.

**Total Paid Column**

The Total Paid Column in the Confirmation Order for secured creditors is an estimate of the Total Amount Paid to that Creditor.

DATED on this the __4th__ day of __January__, __2011__.

**BARRON & BARRON, L.L.P.**

__/s/ Robert E. Barron__
**Robert E. Barron**
Bar Number: 01820800
P.O 1347
Nederland, Texas 77627

Phone: (409) 727-0073    Fax: (409) 724-7739

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

IN RE: **Larry A. Barefield**     CASE NO **10-10286**
       **Sammye D. Barefield**
       *Debtor(s)*     CHAPTER **13**

## EXHIBIT "B" - VARIABLE PLAN PAYMENTS

### PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)

| # | Month / Due Date | Payment | # | Month / Due Date | Payment | # | Month / Due Date | Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/04/2010 | $3,859.38 | 21 | 02/04/2012 | $5,210.00 | 41 | 10/04/2013 | $5,210.00 |
| 2 | 07/04/2010 | $3,859.38 | 22 | 03/04/2012 | $5,210.00 | 42 | 11/04/2013 | $5,210.00 |
| 3 | 08/04/2010 | $3,859.38 | 23 | 04/04/2012 | $5,210.00 | 43 | 12/04/2013 | $5,210.00 |
| 4 | 09/04/2010 | $3,859.38 | 24 | 05/04/2012 | $5,210.00 | 44 | 01/04/2014 | $5,210.00 |
| 5 | 10/04/2010 | $3,859.38 | 25 | 06/04/2012 | $5,210.00 | 45 | 02/04/2014 | $5,210.00 |
| 6 | 11/04/2010 | $3,859.38 | 26 | 07/04/2012 | $5,210.00 | 46 | 03/04/2014 | $5,210.00 |
| 7 | 12/04/2010 | $3,859.38 | 27 | 08/04/2012 | $5,210.00 | 47 | 04/04/2014 | $5,210.00 |
| 8 | 01/04/2011 | $3,859.38 | 28 | 09/04/2012 | $5,210.00 | 48 | 05/04/2014 | $5,210.00 |
| 9 | 02/04/2011 | $5,210.00 | 29 | 10/04/2012 | $5,210.00 | 49 | 06/04/2014 | $5,210.00 |
| 10 | 03/04/2011 | $5,210.00 | 30 | 11/04/2012 | $5,210.00 | 50 | 07/04/2014 | $5,210.00 |
| 11 | 04/04/2011 | $5,210.00 | 31 | 12/04/2012 | $5,210.00 | 51 | 08/04/2014 | $5,210.00 |
| 12 | 05/04/2011 | $5,210.00 | 32 | 01/04/2013 | $5,210.00 | 52 | 09/04/2014 | $5,210.00 |
| 13 | 06/04/2011 | $5,210.00 | 33 | 02/04/2013 | $5,210.00 | 53 | 10/04/2014 | $5,210.00 |
| 14 | 07/04/2011 | $5,210.00 | 34 | 03/04/2013 | $5,210.00 | 54 | 11/04/2014 | $5,210.00 |
| 15 | 08/04/2011 | $5,210.00 | 35 | 04/04/2013 | $5,210.00 | 55 | 12/04/2014 | $5,210.00 |
| 16 | 09/04/2011 | $5,210.00 | 36 | 05/04/2013 | $5,210.00 | 56 | 01/04/2015 | $5,210.00 |
| 17 | 10/04/2011 | $5,210.00 | 37 | 06/04/2013 | $5,210.00 | 57 | 02/04/2015 | $5,210.00 |
| 18 | 11/04/2011 | $5,210.00 | 38 | 07/04/2013 | $5,210.00 | 58 | 03/04/2015 | $5,210.00 |
| 19 | 12/04/2011 | $5,210.00 | 39 | 08/04/2013 | $5,210.00 | 59 | 04/04/2015 | $5,210.00 |
| 20 | 01/04/2012 | $5,210.00 | 40 | 09/04/2013 | $5,210.00 | 60 | 05/04/2015 | $5,210.00 |

WHEREFORE, the Debtors move this Honorable Court, under Bankruptcy Rule 9014, to enter an Order Modifying the Debtors' Chapter 13 Plan as prayed for herein.

DATED: January 4, 2011

                                              Respectfully submitted,

                                              BARRON & BARRON, L.L.P.
                                              P. O. BOX 1347
                                              NEDERLAND, TEXAS 77627
                                              (409) 727-0073


                                              BY:/s/ Robert E. Barron
                                                ROBERT E. BARRON
                                                TBA NO. 01820800

                                              ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Modify Chapter 13 Plan after Confirmation has this January 4, 2011, shall be served via electronic means, if available, otherwise by regular first class mail, to....

| | |
|---|---|
| Mr. and Mrs. Larry A. Barefield<br>Rt. 4, Box 648<br>Jasper, TX 75951 | John Talton<br>110 N. College Ave., 12th Floor<br>Tyler, TX 75702 |
| **Asst. U.S. Attorney**<br>Michael W. Lockhart<br>350 Magnolia, Suite 150<br>Beaumont, TX 77701 | **First Bank & Trust East Texas**<br>c/o Craig R. Denum<br>11757 Katy Freeway, Ste. 1010<br>Houston, TX 77079 |
| **Chrysler Financial Services Americas L.L.C.**<br>f/k/a DaimlerChryselr Financial Services Americas L.L.C.<br>c/o Stephen Wilcox<br>PO Box 11509<br>Fort Worth, TX 76110-0509 | **Education First FCU**<br>c/o Gary W. Coker<br>Germer Gertz, L.L.P.<br>P.O. Box 4915<br>Beaumont, TX 77704 |
| **Elliott Electric Supply, Inc.**<br>PO Box 630610<br>Nacogdoches, TX 75963 | **Internal Revenue Service**<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| **HSBC Bank Nevada, N.A.**<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | **Joe Lozano**<br>Brice, Vander Linden & Wernick<br>9441 LBJ Frwy., Ste. 350<br>Dallas, TX 75243 |
| **Michael W. Lockhart**<br>350 Magnolia, Ste. 150<br>Beaumont, TX 77701 | **JPMorgan Chase Bank, N.A.**<br>P.O. Box 829009<br>Dallas, TX 75382-9009 |
| **U.S. Attorney General of the United States**<br>U.S. Department of Justice<br>10th & Constitution Avenue, NW<br>Washington, DC 20530 | **Kubota Credit Corporation**<br>P.O. Box 829009<br>Dallas, TX 75382-9009 |

                                                           /s/ Robert E. Barron<br>
                                                           ROBERT E. BARRON

```
Label Matrix for local noticing            (p)ADVANTA                                 Advanta Bank Corp. in receivership of
0540-1                                     700 DRESHER RD                             FDIC
Case 10-10286                              HORSHAM PA 19044-2206                      POB 3001
Eastern District of Texas                                                             Malvern, PA 19355-0701
Beaumont
Tue Jan  4 16:10:24 CST 2011

American Express                           Asst. U.S. Attorney                        B&R Electrical Services
P.O. Box 960012                            Michael W. Lockhart                        279 CR 314
Orlando, FL 32896-0012                     350 Magnolia, Suite 150                    Jasper, TX 75951-6893
                                           Beaumont, TX 77701-2254


Bank of America                            (c)LARRY A. BAREFIELD                      (c)SAMMYE D. BAREFIELD
PO Box 15710                               279 COUNTY ROAD 314                        279 COUNTY ROAD 314
Wilmington, DE 19886-5710                  JASPER TX  75951-6893                      JASPER TX  75951-6893



Robert E. Barron                           Barron & Barron, L.L.P.                    Patti H. Bass
P.O. Box 1347                              POB 1347                                   Bass & Associates
Nederland, TX 77627-1347                   Nederland, TX 77627-1347                   3936 E. Ft. Lowell Rd. Suite 200
                                                                                      Tucson, AZ 85712-1083


CANDICA L.L.C.                             Capital One                                Card Member Service
C O WEINSTEIN AND RILEY, PS                PO Box 60599                               POB 94014
2001 WESTERN AVENUE, STE 400               City of Industry, CA 91716-0599            Palatine, IL 60094-4014
SEATTLE, WA 98121-3132


Carotex                                    Chase                                      Chase Home Finance
1500 Intercoastal Dr.                      PO Box 94014                               POB 78420
Port Arthur, TX 77642-0387                 Palatine, IL 60094-4014                    Phoenix, AZ 85062-8420



(p)CHRYSLER FINANCIAL                      Chrysler Financial Services Americas L.L.C. Gary W. Coker
27777 INKSTER RD                           c/o Stephen Wilcox                         Germer Gertz, LLP
FARMINGTON HILLS MI 48334-5326             PO Box 11509                               P.O. Box 4915
                                           Fort Worth, TX 76110-0509                  Beaumont, TX 77704-4915


Community Bank of Texas                    Daimler Chrysler                           Daimler Chrysler
5999 Delaware St.                          P.O. Box 5223                              POB 9001921
Beaumont, TX 77706-7607                    Lisle, IL 60532-5223                       Louisville, KY 40290-1921



Craig R. Denum                             Education First FCU                        Education First Federal Credit Union
11757 Katy Fwy, Ste. 1010                  P.O. Box 26751                             c/o Gary W. Coker
Houston, TX 77079-1762                     Beaumont, TX 77720-6751                    Germer Gertz, L.L.P.
                                                                                      P.O. Box 4915
                                                                                      Beaumont, TX 77704-4915

Education First Federal Credit Union       Education First Federal Credit Union       Elliot Electric Supply
P.O Box 26751                              c/o Gary W. Coker                          Attn: Robert Flores
Beaumont, TX 77720-6751                    P.O. Box 4915                              PO Box 630610
                                           Beaumont, TX 77704-4915                    Nacogdoches, TX 75963-0610
```

| | | |
|---|---|---|
| Elliott Electric Supply, Inc.<br>PO Box 630610<br>Nacogdoches, TX 75963-0610 | Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 | First Bank & Trust East Texas<br>C/O Craig R. Denum<br>11757 Katy Freeway<br>Suite 1010<br>Houston, TX 77079-1762 |
| First Bank & Trust East Texas<br>c/o Storey & Denum, P.C.<br>11757 Katy Freeway, Suite 1010<br>Houston, TX 77079-1762 | First Bank and Trust East Texas<br>275 W. Gibson<br>Jasper, TX 75951-4901 | First Bank and Trust East Texas<br>275 Gibson<br>Jasper, TX 75951-4901 |
| GE Money Bank<br>Attn: Bankruptcy Department<br>PO Box 960061<br>Orlando FL 32896-0061 | GE Money Bank<br>POB 960061<br>Orlando, FL 32896-0061 | HSBC<br>P.O. Box 60136<br>City of Industry, CA 91716-0136 |
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 | HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | HSBC Retail Services<br>P.O. Box 60107<br>City of Industry, CA 91716-0107 |
| Hartford Fire Insurance Co.<br>Bankruptcy Unit T-1-55<br>Hartford Plaza<br>Harford, CT 06115 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>PO Box 829009<br>Dallas, TX 75382-9009 |
| JPMorgan Chase Bank, N.A.<br>Mail Stop OH4-7302<br>3415 Vision Dr<br>Columbus, OH 43219-6009 | Kubota Credit<br>P.O. Box 0559<br>Carol Stream, IL 60132-0001 | Kubota Credit Corporation<br>PO Box 829009<br>Dallas, TX 75382-9009 |
| Michael W. Lockhart<br>350 Magnolia, Ste. 150<br>Beaumont, TX 77701-2254 | Joe Lozano<br>Brice, Vander Linden & Wernick, PC<br>9441 LBJ Frwy., Ste. 350<br>Dallas, TX 75243-4652 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>Norfolk VA 23541-1067 |
| Sheffield Finance<br>P. O. Box 580229<br>Charlotte, NC 28258-0229 | Sheffield Financial/Branch Banking and Trust<br>Bankruptcy Section/100-50-01-51<br>PO Box 1847<br>Wilson NC 27894-1847 | John Talton.<br>Plaza Tower<br>110 N. College Ave, 12 Floor<br>Tyler, TX 75702-7226 |
| Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>101 E 15th Street    Room 556<br>Austin   TX    78778-0001 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | U.S. Attorney General of the United States<br>U.S. Department of Justice<br>10th & Constitution Avenue, NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Union Plus<br>POB 60102<br>City of Industry, CA 91716-0102 | United States Attorney's Office<br>350 Magnolia Ave., Ste 150<br>Beaumont, TX 77701-2254 |

| | | |
|---|---|---|
| University General Hospital<br>7501 Fannin St., Ste. 600<br>Houston, TX 77054-1938 | Wells Fargo Auto Finance<br>POB 29704<br>Phoenix, AZ 85038-9704 | Wells Fargo Bank, N.A.<br>13675 Technology Drive,<br>Bldge C, 2nd Floor<br>Eden Prairie, MN 55344-2252 |
| Stephen G. Wilcox<br>Bassel & Wilcox P.L.L.C.<br>P.O. Box 11509<br>Fort Worth, TX 76110-0509 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanta<br>POB 8088<br>Philadelphia, PA 19101 | Chrysler Financial Services Americas L.L.C.<br>P.O. Box 860<br>Roanoke, TX 76262<br>Attn: Kim Miller | (d)Chrysler Financial Services Americas L.L.C<br>P.O. Box 860<br>Roanoke, TX 76262<br>Attn: Sean Watripont |
| IRS<br>P.O. Box 21126<br>Philadelphia, PA 19144 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Larry A. Barefield<br>Rt. 4, Box 648<br>Jasper, TX 75951 | Sammye D. Barefield<br>Rt. 4, Box 648<br>Jasper, TX 75951 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)B&R Electrical Services | (d)Kubota Credit Corporation<br>PO BOX 829009<br>Dallas, TX 75382-9009 | End of Label Matrix<br>Mailable recipients     64<br>Bypassed recipients     2<br>Total     66 |